RECEIVED
MAY - 1 2012
TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER 07cr60031-01** |
| **VERSUS** | * | **JUDGE ELIZABETH FOOTE** |
| **FRANCISCO VARGAS-QUINONES** | * | **MAG. JUDGE HANNA** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Francisco Vargas-Quinones, and adjudges him guilty of the offenses charged in **Count One** of the indictment against him.

THUS DONE AND SIGNED in chambers, this *1st* day of *May* 2012 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE